642 A.2d 219

**Harlan Eugene COOK, Jr.**

v.

**STATE of Maryland.**

**No. 149, Sept. Term, 1993.**

Court of Appeals of Maryland.

June 8, 1994.

Julia Doyle Bernhardt, Asst. Public Defender, argued and on brief (Stephen E. Harris, Public Defender, on brief), Baltimore, for petitioner.

David P. Kennedy, Asst. Atty. Gen., argued and on brief (J. Joseph Curran, Jr., Atty. Gen., on brief), Baltimore, for respondent.

Argued Before MURPHY, C.J., ELDRIDGE, RODOWSKY, CHASANOW, KARWACKI, BELL and RAKER, JJ.

## ORDER

PER CURIAM.

The petition for writ of certiorari in the above entitled case having been granted and heard, it is this 8th day of June, 1994

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.

ELDRIDGE, BELL and RAKER, JJ., dissent and would have reversed the judgment of the Court of Special Appeals.